UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Florine K. Ching, | Case No. 0:21-cv-2467 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis et al., | |
| Defendants. | |

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. In a September 2022 Order, this Court granted in part and denied in part Defendants' motions for judgment on the pleadings. [Dkt. 43.] The motions were granted in all respects, except to the extent that Officer Walsh argued he was entitled to qualified immunity on the claim that his continued use of deadly force was unreasonable under the Fourth Amendment. The Eighth Circuit reversed this Court's ruling, finding that Officer Walsh was entitled to qualified immunity, and remanding for entry of judgment in favor of defendants. *Ching v. City of Minneapolis*, 73 F.4th 617 (8th Cir. 2023). The mandate issued on August 3, 2023, vesting this Court with jurisdiction. [Dkt. 57.]

Consistent with the Eighth Circuit's ruling, Defendants' Motions for Judgment on the Pleadings [Dkt. 13, 32] are **GRANTED** and Plaintiff's claims are hereby **DISMISSED**.

**Let Judgment be entered accordingly.**

1

2

Date: August 4, 2023

                                                  *s/Katherine Menendez*
                                                  Katherine Menendez
                                                  United States District Judge